IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**BEVERLY WILLARD**                                                                     **PLAINTIFF**

**VERSUS**                                                                                  **CAUSE NO. 3:09CV28-DAS**

**MICHAEL J. ASTRUE**                                                           **DEFENDANT**

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is the claimant's motion to dismiss this Social Security appeal (# 14). In support of the motion, the claimant states that she has been approved for benefits on a subsequent application and no longer wishes to pursue this action. The court has been advised that the defendant has no objection or response to the motion. Accordingly, the court is of the opinion that the motion should be granted.

**THEREFORE, IT IS ORDERED** that the instant motion is hereby **GRANTED**, and this case is dismissed with prejudice.

This, the 18th day of May, 2010.

                                                             **/s/ David A. Sanders**
                                                           **UNITED STATES MAGISTRATE JUDGE**